IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40177
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARNULFO ARAGUZ-BRIONES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-00-CR-521-1
--------------------
August 27, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Arnulfo Araguz-Briones, the
Federal Public Defender, has filed a motion to withdraw and a
brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).
Araguz-Briones has not filed a response.  Our independent review
of the brief and the record discloses no nonfrivolous issue in
this direct appeal.  Accordingly, the motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH
CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.